UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 04 B 32851 |
|   CHARLES E GIBBS | |
| | CHAPTER 13 |
| | |
| | JUDGE: SUSAN PIERSON SONDERBY |
|        Debtor | |
|   SSN XXX-XX-5867 | |

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 09/03/2004 and was confirmed 10/28/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  67.00%.

      The case was paid in full 03/11/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANKFIRST CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| BANKFIRST CARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3573.53 | .00 | 2394.27 |
| DELL FINANCIAL | UNSECURED | 2309.88 | .00 | 1547.62 |
| DELL FINANCIAL | UNSECURED | 148.56 | .00 | 99.54 |
| DELL FINANCIAL | UNSECURED | 451.55 | .00 | 302.54 |
| DELL FINANCIAL SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSECURED | 2011.59 | .00 | 1347.77 |
| ROUNDUP FUNDING LLC | UNSECURED | 6355.67 | .00 | 4258.30 |
| MBNA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2739.46 | .00 | 1835.44 |
| RESURGENT ACQUISITION LL | UNSECURED | 13332.12 | .00 | 8932.52 |
| PROVIDIAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RICHLAND STATE BANK | UNSECURED | 2385.28 | .00 | 1598.14 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 177.39 | .00 | 118.85 |
| ECAST SETTLEMENT CORP | UNSECURED | 1482.96 | .00 | 993.58 |
| CAPITAL ONE BANK | UNSECURED | 1176.11 | .00 | 787.99 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 2863.28 | .00 | 1918.40 |
| EMERGENCY PHYS MICHAEL R | UNSECURED | 230.00 | .00 | 154.10 |
| RICHLAND STATE BANK | UNSECURED | .00 | .00 | .00 |
| STUART B HANDELMAN | DEBTOR ATTY | 137.50 | | 137.50 |
| TOM VAUGHN | TRUSTEE | | | 1,556.40 |
| DEBTOR REFUND | REFUND | | | 99.04 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 32851 CHARLES E GIBBS

```
                            RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     28,082.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                              26,289.06
ADMINISTRATIVE                                            137.50
TRUSTEE COMPENSATION                                    1,556.40
DEBTOR REFUND                                              99.04
                          ---------------     ---------------
TOTALS                      28,082.00              28,082.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn

Dated: 05/27/08          _____

                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE